**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 25, 2005

Before

**Hon.** RICHARD A. POSNER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** TERENCE T. EVANS, Circuit Judge

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* **No.** 04-2498 **v.** MACQUILLIE WOODARD, *Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Indiana, Fort Wayne Division. No. 1:02-cr-20 William C. Lee, *Judge.* |

**Order**

On limited remand under *United States v. Paladino*, 401 F.3d 471, 483-84 (7th Cir. 2005), the district judge concluded that knowledge about the advisory status of the Sentencing Guidelines would not have affected his decision. Defendant Woodard was offered the opportunity to respond before we finally resolve the appeal, and he has chosen not to do so. His 210-month sentence, the bottom of the Guidelines range, does not appear to be unreasonable and is therefore affirmed.